■ Jose F. Araujo, Respondent, v Jaouad Elkahlaoui et al., Appellants. [890 NYS2d 348]—

In response to the plaintiff's demonstration of his entitlement to judgment as a matter of law on the issue of liability, the defendants failed to submit evidence sufficient to raise a triable issue of fact (*see generally Alvarez v Prospect Hosp.,* 68 NY2d 320, 324 [1986]). Dillon, J.P., Santucci, Florio and Hall, JJ., concur.